UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:24-cr-72-MR-WCM |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| vs. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 922(g) |
| AUSTIN DAVID SCHLEIF, | ) | |
| Defendant. | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

COUNT ONE
*(Possession of a Firearm by a Convicted Felon)*

On or about the 15th day of August, 2024, in Mitchell County, within the Western District of North Carolina, the defendant,

**AUSTIN DAVID SCHLEIF**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that being a Savage Arms Axis model .308 caliber bolt-action rifle, and ammunition, that being twelve rounds of Federal brand .308 caliber ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

(a) A Savage Arms Axis model .308 caliber bolt-action rifle, and

(b) Twelve rounds of Federal brand .308 caliber ammunition seized during the investigation.

A TRUE BILL



GRAND JURY FOREPERSON



DENA J. KING
UNITED STATES ATTORNEY

DON GAST
ASSISTANT UNITED STATES ATTORNEY